PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RYAN DAVIDEK, <br><br> Defendant. | CASE NO. 2:23-MJ-00024 CKD <br><br> STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME <br><br> DATE: May 18, 2023 <br> TIME: 2:00 p.m. <br> COURT: Hon. Deborah Barnes |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Alexis Klein, and defendant Ryan Davidek, both individually and by and through his counsel of record, Tom Johnson, hereby stipulate as follows:

1. The Complaint in this case was filed on February 16, 2023, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on February 17, 2023. ECF Nos. 1, 4. On February 21, the court set a preliminary hearing date of March 7, 2023. ECF No. 7. The preliminary hearing date was moved to April 6, 2023, and again to May 18, by stipulation. ECF Nos. 10, 12, 14.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to June 8, 2023, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case.

1  The parties further agree that the interests of justice served by granting this continuance outweigh the
2  best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
3         3.      The parties agree that good cause exists for the extension of time, and that the extension
4  of time would not adversely affect the public interest in the prompt disposition of criminal cases.
5  Therefore, the parties request that the time between May 18, to and including June 8, 2023, be excluded
6  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

         IT IS SO STIPULATED.

 Dated:  May 17, 2023                           PHILLIP A. TALBERT
                                                United States Attorney


                                                /s/ ALEXIS KLEIN
                                                ALEXIS KLEIN
                                                Assistant United States Attorney


 Dated:  May 17, 2023                           /s/ TOM JOHNSON
                                                TOM JOHNSON
                                                Counsel for Defendant
                                                RYAN DAVIDEK

STIPULATION                                     2

PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-MJ-00024 CKD |
|---|---|
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| RYAN DAVIDEK, | DATE: May 18, 2023
TIME: 2:00 p.m.
COURT: Hon. Deborah Barnes |
| Defendant. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on May 16, 2023. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to June 8, 2023, at 2:00 p.m.

2. The time between May 18, 2023, to and including June 8, 2023, shall be excluded from

FINDINGS AND ORDER                              1

calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

      3.      Defendant shall appear at that date and time before the Magistrate Judge on duty.

      IT IS SO ORDERED.

Dated: May 17, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE