PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN DAVIDEK,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:23-CR-00158 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:　August 10, 2023<br>TIME:　9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on August 10, 2023.

2. By this stipulation, the defendant moves to continue the status conference until September 28, 2023, at 9:30 a.m., and to exclude time between August 10, 2023, and September 28, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Discovery associated with this case and produced to date includes reports and photographs, which have been either produced directly to counsel and/or made available for inspection and copying pursuant to a protective order.

    b) In addition, the government anticipates that in the next few weeks it will produce additional cell phone extractions, grand jury returns, and other reports and/or audio recordings.

    c) Counsel for the defendant desires additional time to consult with his client, review

the current charges, conduct investigation and research related to the charges, to review and copy discovery for this matter, and to otherwise prepare for trial.  Counsel for the defendant believes that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government joins the request to continue.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 10, 2023 to and including September 28, 2023, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 8, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXIS KLEIN
ALEXIS KLEIN
Assistant United States Attorney

Dated:  August 8, 2023

/s/ TOM JOHNSON
TOM JOHNSON
Counsel for Defendant
RYAN DAVIDEK

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the August 8, 2023, status conference and resets the matter for a status conference on September 28, 2023, at 9:30 a.m. The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between August 8, 2023, and September 28, 2023, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from August 8, 2023, to and including September 28, 2023, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED this 8th day of August, 2023.

_____
Troy L. Nunley
United States District Judge