PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00158 TLN |
|---|---|
| Plaintiff, | **ORDER TO STAY RELEASE ORDER FOR DEFENDANT RYAN DAVIDEK** |
| v. | |
| RYAN DAVIDEK, | |
| Defendant. | |

Pursuant to the request of the United States, IT IS HEREBY ORDERED that the Order of Magistrate Judge Jeremy D. Peterson granting pre-trial release to defendant Ryan Davidek is hereby stayed until such time that this Court can resolve the United States' appeal of the Order.

The government is ordered to file their appeal of the release order by April 30, 2024. The defense is ordered to file an opposition by May 6, 2024. The government may file an optional reply brief by May 8. The matter is set for hearing on May 9, 2024; however, the Court may decide the matter on the briefs and take the hearing off calendar.

Dated: April 23, 2024

_____
Troy L. Nunley
United States District Judge