1  PHILLIP A. TALBERT
   United States Attorney
2  ALEXIS KLEIN
   CHRISTINA McCALL
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00158 TLN |
|---|---|
| Plaintiff, | STIPULATION AND FINDINGS AND ORDER RESETTING JUDGMENT AND SENTENCING AND ASSOCIATED DATES |
| v. | |
| RYAN DAVIDEK, | DATE: October 3, 2024
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein and Christina McCall, and defendant, Ryan Davidek, by and through defendant's counsel of record, Thomas Johnson, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on October 3, 2024.

2. The draft presentence (PSR) was due no later than August 22, 2024. *See* ECF 49. The parties did not receive the draft PSR until September 24, approximately 6 business days before judgment and sentencing was scheduled. The parties need time to review the draft PSR, research and file any objections, and the defense needs time to also discuss and review the PSR with the defendant.

3. By this stipulation, the parties jointly request to continue judgment and sentencing to January 9, 2025. The parties are accordingly also requesting additional time to allow for informal and formal objections to the presentence report prior to sentencing. The parties respectfully request the

1

following modified schedule for sentencing and associated dates:

| | |
|---|---|
| Judgment and Sentencing Date: | January 9, 2025 |
| Reply, or Statement of Non-Opposition: | December 12, 2024 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | November 21, 2024 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | November 7, 2024 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | October 24, 2024 |

IT IS SO STIPULATED.

Dated:  September 30, 2024                                    PHILLIP A. TALBERT
                                                             United States Attorney

                                                             /s/ ALEXIS KLEIN
                                                             ALEXIS KLEIN
                                                             CHRISTINA McCALL
                                                             Assistant United States Attorneys


Dated:  September 30, 2024                                    /s/ THOMAS A. JOHNSON
                                                             THOMAS A. JOHNSON
                                                             Counsel for Defendant
                                                             RYAN DAVIDEK

2

**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, adopts the parties' stipulation in its entirety as its order. The Court vacates the October 3, 2024, judgment and sentence date, and resets the matter as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | January 9, 2025, at 9:30 am |
| Reply, or Statement of Non-Opposition: | December 12, 2024 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | November 21, 2024 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | November 7, 2024 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | October 24, 2024 |

IT IS SO FOUND AND ORDERED this 2nd day of October 2024.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

3