THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

Attorney for RYAN DAVIDEK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RYAN DAVIDEK,<br><br>　　　　　Defendant. | Case No.: 2:23-cr-0158 TLN<br><br>ORDER SEALING DOCUMENT |

The Court has considered the defendant's request to seal Exhibit A and Exhibit B to Defendant's Sentencing Memorandum. The Court finds good cause for sealing Exhibit A and Exhibit B.

IT IS HEREBY ORDERED that Exhibit A and Exhibit B to Defendant's Sentencing Memorandum shall be filed under seal.

DATED: January 16, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

- 1 -