MICHELE BECKWITH
Acting United States Attorney
ALEXIS KLEIN
CHRISTINA McCALL
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RYAN DAVIDEK, Defendant. | 2:23-CR-00158-TLN<br>FINAL ORDER OF FORFEITURE |

On or about August 1, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2428(b), based upon the plea agreement entered into between plaintiff and defendant Ryan Davidek forfeiting to the United States the following property:

a. Samsung Galaxy Note II cellular phone,
b. Samsung Galaxy S8+ cellular phone, IMEI: 357725080323117,
c. Samsung Galaxy Z-Fold cellular phone, Serial Number: RFCRC1YWHKZ, and
d. Samsung Hard Disk Drive, Serial Number: S10NJ1MPA01157.

Beginning on August 2, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to

have an alleged interest in the above-described property:

a. Phillip Davidek: A notice letter was sent via certified mail to Phillip Davidek at 1160 Oak Valley Drive Lincoln, CA 95648 on August 1, 2024. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on August 3, 2024.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2428(b), including all right, title, and interest of Ryan Davidek and Phillip Davidek.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 17th day of March, 2025.

Troy L. Nunley
Chief United States District Judge